UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DR. JAMES McKERNAN, *Professor* )<br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br>GRANT B. HAYES, Dean, College of )<br>Education; EAST CAROLINA )<br>UNIVERSITY; DONNA PAYNE, Vice )<br>Chancellor, Legal Affairs East Carolina )<br>University; CECIL STATON, Chancellor, )<br>East Carolina University; RON )<br>MITCHELSON, Provost; DR. LINDA )<br>PATRIARCA, Professor - Department of )<br>Special Education, Foundations and )<br>Reading; MARYLYN SHEERER, Former )<br>Dean and Provost; CHARLES COBLE, )<br>Former Dean of Education East Carolina )<br>University; HENRY PEEL, Former )<br>Interim Dean; DR. GREGORY ALAN )<br>HASTINGS; and LAKESHA ALSTON )<br>FORBES, Director, Office of University & )<br>Equity, )<br>Defendants. ) | **JUDGMENT**<br><br>No. 4:18-CV-27-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss plaintiff's complaint and plaintiff's motion to strike.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 22, 2019, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on April 22, 2019, and Copies To:**
James McKernan (via US mail) 3607 Coventry Court, Greenville, NC 27858
Catherine Faith Jordan  (via CM/ECF Notice of Electronic Filing)


April 22, 2019                                    PETER A. MOORE, JR., CLERK

                                                /s/ Sandra K. Collins
                                                (By) Sandra K. Collins, Deputy Clerk